Mark D. Rutter - State Bar No. 058194
CARPENTER, ROTHANS & DUMONT
888 S. Figueroa St., Suite 1960
Los Angeles, California 90017
Telephone:  (213) 228-0400
Facsimile:   (213) 228-0401
mrutter@crdlaw.com

Attorneys for defendants County of Los Angeles, a
public entity, Deputy Phillip Arellano and Deputy
Jesus Saucedo

**JS - 6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALEZ,<br><br>                    Plaintiff,<br><br>-vs-<br><br>COUNTY OF LOS ANGELES, A MUNICIPAL CORPORATION; LOS ANGELES SHERIFF DEPUTY PHILLIP ARRELLANO BADGE #287490; LOS ANGELES SHERIFF DEPUTY JESUS SAUCEDO BADGE #439035, AND DOES 1 through 20, inclusive,<br><br>                    Defendants<br>_____ | Case No.  CV 07-550-ABC(JTLx)<br><br>ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)<br><br>[Filed concurrently with Stipulation for Order of Dismissal] |

ORDER

GOOD CAUSE APPEARING from the stipulation of the parties for order of dismissal on file in this action, IT IS ORDERED that the action of plaintiff Frank Gonzalez as against all defendants, whether served or unserved or whether having appeared or not, is dismissed with prejudice.

Dated: June 6, 2008

_____
AUDREY B. COLLINS
U.S. DISTRICT COURT JUDGE

1

1

**PROOF OF SERVICE**

2 STATE OF CALIFORNIA          )
                             ) ss.
3 COUNTY OF LOS ANGELES)

4        I am employed in the County of Los Angeles, State of California, I am over
the age of 18 and not a party to the within action; my business address is 888 S.
5 Figueroa St., Suite 1960, Los Angeles, California 90017.

6        On June 6, 2008, I served the document(s) described as: **INSERT NAME
OF PLEADING** on the interested party(ies) in this action by placing a true copy
7 thereof enclosed in a sealed envelope addressed as follows:

8 Pamela De Catur
236 West Mountain Street, Suite 106
9 Pasadena, CA 91103
Phone: (626) 584-1878
10 Fax: (626) 584-1862

11 ( )   **(BY MAIL)** I am readily familiar with the firm's practice of collection and
processing correspondence for mailing.  Under that practice it would be
12      deposited with U.S. Postal Service on that same day with postage thereon
fully prepaid at Los Angeles, California in the ordinary course of business.  I
13      am aware that on motion of the party served, service is presumed invalid if
postal cancellation date or postage meter date is more than one day after date
14      of deposit for mailing in affidavit.

15 ( )   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the
offices of the addressee(s).
16
( )   **(BY FEDERAL EXPRESS)** I caused said envelope(s) to be sent by Federal
17      Express [Priority Overnight] to the offices of the addressee(s).

18 ( )   **(BY TELECOPIER)** In addition to the above service by mail, hand
delivery or Federal Express, I caused said document(s) to be transmitted by
19      telecopier to the addressee(s) whose telecopier transmission machine
telephone number is listed above.  The above-described transmission was
20      reported as complete without error by a transmission report issued by the
facsimile transmission machine upon which the said transmission was made
21      immediately following the transmission.  A true and correct copy of the said
transmission report is attached hereto and incorporated herein by this
22      reference.

23       Executed on June 6, 2008, at Los Angeles, California.

24       I declare that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.
25

26 LINDA RAMIREZ_____              _____
          Name                                      Signature
27

28